FILED
AUG 0 9 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | CASE NO.: 1:23 CR 00432 |
| v. | ) | |
| | ) | Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C); 18 United States Code, Sections 922(a)(1)(A), 922(g)(1), 924(a)(1)(D), 924(a)(8), and 2 |
| ELIAS PAGAN, aka "E", IVAN SANTANA, aka "Ali", ANGEL SANTIAGO | ) | |
| Defendants. | ) | |

JUDGE GAUGHAN

COUNT 1
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2)

The Grand Jury charges:

1. On or about May 30, 2023, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants ELIAS PAGAN, aka "E" and ANGEL SANTIAGO did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

COUNT 2
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about June 6, 2023, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ELIAS PAGAN, aka "E" did knowingly and intentionally distribute a mixture

and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a Federal Firearms License, 18 U.S.C. §§ 922(a)(1)(A), 924(a)(1)(D), and 2)

The Grand Jury charges:

3. From on or about June 6, 2023 through on or about June 14, 2023, in the Northern District of Ohio, Eastern Division, Defendant IVAN SANTANA, aka "Ali", not being a licensed importer, licensed manufacturer, or licensed dealer, did willfully engage in the business of importing, manufacturing, or dealing in firearms, those being: a Beretta, Model BU9 Nano, 9mm caliber pistol, bearing serial number NU165239; a Glock, Model 43, 9mm caliber pistol, bearing serial number BKDA798; a Hatsan Arms Co., Model Escort Slugger, 12-gauge shotgun, bearing serial number 70-H21PT-015639; a Smith & Wesson, Model SD9VE, 9mm caliber pistol, bearing serial number FCN3411; and a Glock, Model 27, .40 caliber pistol, bearing serial number GYD946, all having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), and 2.

## COUNT 4
(Engaging in the Business of Importing, Manufacturing, or Dealing in Firearms without a Federal Firearms License, 18 U.S.C. §§ 922(a)(1)(A), 924(a)(1)(D), and 2)

The Grand Jury charges:

4. From on or about June 12, 2023 through on or about June 14, 2023, in the Northern District of Ohio, Eastern Division, Defendant ELIAS PAGAN, aka "E", not being a licensed importer, licensed manufacturer, or licensed dealer, did willfully engage in the business of importing, manufacturing, or dealing in firearms, those being: a Taurus, Model 856, .38 caliber revolver, bearing serial number ADE350007; a Springfield XD, Model XD-9, 9mm caliber pistol,

bearing serial number XD909408; a Hatsan Arms Co., Model Escort Slugger, 12-gauge shotgun, bearing serial number 70-H21PT-015639; a Smith & Wesson, Model SD9VE, 9mm caliber pistol, bearing serial number FCN3411; and a Glock, Model 27, .40 caliber pistol, bearing serial number GYD946, all having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), and 2.

## COUNT 5
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

5. On or about June 12, 2023, in the Northern District of Ohio, Eastern Division, Defendant ELIAS PAGAN, aka "E", knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, a felony of the third degree, on or about August 5, 2009, in Case Number 09-CR-0032, in the Crawford County Court of Common Pleas; and Trafficking in Drugs, a felony of the fourth degree, on or about February 9, 2017, in CR-16-609939-B, in Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce firearms, to wit: a Taurus, Model 856, .38 caliber revolver, bearing serial number ADE350007; a Springfield XD, Model XD-9, 9mm caliber pistol, bearing serial number XD909408, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 6
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

6. On or about June 14, 2023, in the Northern District of Ohio, Eastern Division, Defendant ELIAS PAGAN, aka "E", knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary, a felony of the

3

third degree, on or about August 5, 2009, in Case Number 09-CR-0032, in the Crawford County Court of Common Pleas; and Trafficking in Drugs, a felony of the fourth degree, on or about February 9, 2017, in CR-16-609939-B, in Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce firearms, to wit: a Hatsan Arms Co., Model Escort Slugger, 12-gauge shotgun, bearing serial number 70-H21PT-015639; a Smith & Wesson, Model SD9VE, 9mm caliber pistol, bearing serial number FCN3411; and a Glock, Model 27, .40 caliber pistol, bearing serial number GYD946, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 7
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

7. On or about June 12, 2023, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ELIAS PAGAN, aka "E" did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

8. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 7, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendants ELIAS PAGAN, AKA "E", IVAN SANTANA, AKA "ALI", AND ANGEL SANTIAGO, shall forfeit to the United States all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; all property used or intended to be used, in any manner or part, to commit or to facilitate

the commission of such violations; and, all firearms and ammunition, involved in, or used in the commission of such violations.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.